IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| TYRONE TRIPLETT, | : | |
|     Petitioner, | : | |
| | : | |
| vs. | : | CIVIL ACTION 10-00122-WS-N |
| | : | |
| CHERYL PRICE, | : | |
|     Respondent. | : | |
| | : | |

## ORDER

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and a <u>de novo</u> determination of those portions of the Recommendation to which objection is made, the Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) is **ADOPTED** as the opinion of this Court. It is **ORDERED** that Petitioner's petition for habeas corpus relief is hereby **DENIED** and, further, that a certificate of appealability is hereby **DENIED**.

DONE this 12th day of March, 2013.

                                                    s/WILLIAM H. STEELE
                                                    UNITED STATES DISTRICT JUDGE