IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| TYRONE TRIPLETT, : | |
|    Petitioner, : | |
| : | |
| vs. : | CIVIL ACTION 10-00122-WS-N |
| : | |
| CHERYL PRICE, : | |
|    Respondent. : | |

## JUDGMENT

In accordance with the order entered on this date, it is hereby **ORDERED, ADJUDGED**, and **DECREED** that this petition be and is hereby **DENIED** and, further, that a certificate of appealability is **DENIED**.

DONE this 12th day of March, 2013.

s/WILLIAM H. STEELE
UNITED STATES DISTRICT JUDGE